DAN RAYFIELD
Attorney General
THOMAS H. CASTELLI  #226448
Senior Assistant Attorney General
ANURADHA SAWKAR #181564
CARTER BRACE #243828
Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  thomas.castelli@doj.oregon.gov
         anuradha.sawkar@doj.oregon.gov
         carter.brace@doj.oregon.gov

Attorneys for Defendant Tina Kotek

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARION COUNTY, a Political Subdivision of the State of Oregon,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TINA KOTEK, in her official capacity as Governor of Oregon;<br><br>KRISTI NOEM, in her official capacity as Director of the United States Homeland Security; and<br><br>TODD LYONS, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement,<br><br>　　　　　Defendants. | Case No.  6:25-cv-01464-MC<br><br>DECLARATION OF THOMAS H. CASTELLI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |

Page 1 -   DECLARATION OF THOMAS H. CASTELLI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
　　　　TC3/rn1/Marion County 1464 PLD Dec of TC ISO MTD

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

I, Thomas H. Castelli, declare:

1.  I am a Senior Assistant Attorney General with the Oregon Department of Justice. I make the following factual statements in support of Defendant's Motion to Dismiss.

2.  Exhibit 1 to this declaration is a true and correct copy of the email correspondence from counsel for Plaintiff, dated August 27, 2025, in which Plaintiff notified Defendant that Immigration and Customs Enforcement (ICE) had withdrawn one of the five administrative subpoenas served on Plaintiff.

3.  Exhibit 2 to this declaration is a true and correct copy of the Petition to Enforce Administrative Subpoenas (Petition to Enforce), filed by the U.S. Attorney for the District of Oregon on October 1, 2025, in the matter of *United States v. Multnomah County Department of Community Justice.* Pet. to Enforce Administrative Subpoenas, *United States v. Multnomah Cnty. Dep't of Comm. Just,* No. 3:25-cv-01784-MC, (D. Or. filed Oct. 1, 2025), ECF No. 1.

4.  Exhibit 3 to this declaration is a true and correct copy of the Declaration of Todd Rignel filed in support of the Petition to Enforce as well as a true and correct copies of excerpts of Exhibit 1 and Exhibit 2 attached to that Declaration, each of which was filed by the U.S. Attorney for the District of Oregon on October 1, 2025. Decl. of Todd Rignel in Support of Pet. to Enforce Administrative Subpoenas, *United States v. Multnomah Cnty. Dep't of Comm. Just,* No. 3:25-cv-01784-MC, (D. Or. filed Oct. 1, 2025), ECF No. 3 at pp. 1-14; *Id.* Ex. 1, ECF No. 3-1 at pp. 1, 37-51; *Id.* Ex 2, ECF No. 3-2, at pp. 8–10. The excerpted materials relate to the three administrative subpoenas issued to Marion County which are currently subject of the October 1, 2025, Petition to Enforce Administrative Subpoenas.

Page 2 -   DECLARATION OF THOMAS H. CASTELLI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
      TC3/rn1/Marion County 1464 PLD Dec of TC ISO MTD

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

5.      I have reviewed the copies of all five of the administrative subpoenas originally served on Plaintiff on August 1, 2025. The copies of the three administrative subpoenas to Marion County contained within Exhibit 3 to this declaration are representative of the remaining two administrative subpoenas in that they contain the same dates for requested compliance and ask for identical information about different individuals.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on October 20, 2025.

        *s/ Thomas H. Castelli*
THOMAS H. CASTELLI
Senior Assistant Attorney General

Page 3 -   DECLARATION OF THOMAS H. CASTELLI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
TC3/rn1/Marion County 1464 PLD Dec of TC ISO MTD

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000