**Castelli Thomas**

| | |
|---|---|
| **From:** | Steve Elzinga <SElzinga@co.marion.or.us> |
| **Sent:** | Wednesday, August 27, 2025 5:18 PM |
| **To:** | Luse, Susanne (USAOR) |
| **Cc:** | Ramsey, Keith (USAOR); Lien, Alexis (USAOR); Castelli Thomas; Sawkar Anu; Sebastian Tapia |
| **Subject:** | RE: Marion County v. Kotek/US |

**\*CAUTION EXTERNAL EMAIL\*** This email originated from outside of DOJ. Treat attachments and links with caution. **\*CAUTION EXTERNAL EMAIL\***

Susanne,

Thank you for the update. Marion County acknowledges that this subpoena has been withdrawn at this time and the other four remain pending.

I have also copied the lawyers from Oregon DOJ assigned to this matter so they are aware of this development.

Thank you,



Steve Elzinga
County Counsel
Marion County
Office of Legal Counsel

Email: selzinga@co.marion.or.us
Phone: 503-588-5220

CONFIDENTIALITY NOTICE
This email may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this email in error, please advise me immediately by reply email, keep the contents confidential and immediately delete the message and any attachments from your system.

**From:** Luse, Susanne (USAOR) <Susanne.Luse@usdoj.gov>
**Sent:** Wednesday, August 27, 2025 2:58 PM
**To:** Steve Elzinga <SElzinga@co.marion.or.us>; Sebastian Tapia <STapia@co.marion.or.us>
**Cc:** Ramsey, Keith (USAOR) <Keith.Ramsey@usdoj.gov>; Lien, Alexis (USAOR) <Alexis.Lien@usdoj.gov>
**Subject:** Marion County v. Kotek/US

⚠️ **WARNING:** This email originated outside of Marion County.
**DO NOT CLICK** links or attachments unless you trust the sender and know the content is safe.

Steve,

1

Please be advised that we have noted issues with the subpoena pertaining to Mateo Lucas-Pablo, aka Marcos Lucas-Pablo. Given discrepancies in biographical information, HSI is withdrawing the subpoena at this time. Please advise if you require any additional steps in this regard. Thank you.

Susanne

**S**USANNE **L**USE
**C**HIEF | **C**IVIL **D**IVISION
**U**NITED **S**TATES **A**TTORNEY'S **O**FFICE | **D**ISTRICT OF **O**REGON
1000 SW Third Avenue, Suite 600 | Portland, Oregon 97204
Office: 503-727-1019 | Cell: 503-351-8704 | Fax: 503-727-1117