**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SUSANNE LUSE, OSB #142489**
Assistant United States Attorney
Susanne.Luse@usdoj.gov
United States Attorney's Office
District of Oregon
1000 SW Third Ave., Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1000
      Attorneys for Defendants Kristi Noem and Todd Lyons

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **MARION COUNTY**, <br><br>                Plaintiff, <br><br>v. <br><br>**TINA KOTEK; KRISTI NOEM; TODD LYONS,** <br><br>                Defendants. | Case No. 6:25-cv-01464-MC <br><br> **FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |

Page 1      **Unopposed Motion for Stay**

## LOCAL RULE 7-1 CERTIFICATION

Counsel for Defendants Kristi Noem and Todd Lyons ("Federal Defendants") conferred with counsel for Plaintiff and Co-Defendant, and they do not oppose this motion.

Federal Defendants hereby move for a stay of the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Defendants hereby moves for a stay of this case until

Department of Justice attorneys are permitted to resume their usual civil litigation functions.

    Respectfully submitted this 22nd day of October 2025.

SCOTT E. BRADFORD  
United States Attorney  
District of Oregon

*/s/ Susanne Luse*  
SUSANNE LUSE  
Assistant United States Attorney  
Attorneys for Federal Defendants
