**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SUSANNE LUSE, OSB #142489**
Assistant United States Attorney
Susanne.Luse@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
    Attorney for Defendants Kristi Noem and Todd Lyons

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **MARION COUNTY,**<br><br>Plaintiffs,<br><br>v.<br><br>**TINA KOTEK; KRISTI NOEM; TODD LYONS,**<br><br>Defendants. | Case No. 6:25-cv-01464-MC<br><br>**FEDERAL DEFENDANTS' UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES** |

## LOCAL RULE 7-1 CERTIFICATION

Counsel for Defendants Kristi Noem and Todd Lyons ("Federal Defendants") has conferred with counsel for Plaintiff and Co-Defendant, and they do not oppose this motion.

## MOTION

Federal Defendants, through undersigned counsel, respectfully submit this unopposed motion to extend the Scheduling Order (ECF No. 18) deadlines three

Page 1 – Unopposed Motion to Extend Scheduling Order Deadlines

weeks, as indicated in the following chart.

| Description | Current Date | Requested Date |
|---|---|---|
| Deadline for Federal Defendants to file Answer or Rule 12 motion | 1/09/2026 | 1/30/2026 |
| Deadline to file responses to the State's Rule 12 motion and Federal Defendants' Rule 12 motion | 1/23/2026 | 2/13/2026 |
| Deadline to file any reply in support of Rule 12 motions | 2/06/2026 | 2/27/2026 |

This motion is not made for purposes of delay and is reasonable and necessary to allow Federal Defendants time to obtain additional litigation resources.

**CONCLUSION**

For good cause shown, Federal Defendants respectfully request that the Court extend all deadlines in the Scheduling Order (ECF No. 18) three weeks.

DATED this 9th day of January 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Susanne Luse*
SUSANNE LUSE
Assistant United States Attorney
Attorneys for Federal Defendants